## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**ORLEANS INTERNATIONAL, INC.**,
a Michigan corporation,

    Plaintiff,

                                       Case No. 09-cv-14935
                                       Hon. Patrick J. Duggan
                                       Magistrate Judge Donald A. Scheer

**MEIXELSPERGER FOOD GROUP, INC.**,
a Texas corporation,
**GARY MEIXELSPERGER**,
an individual, and
**TEXAS MEAT PACKERS, INC.**,
a Texas corporation,

    Defendants.
_____/

## **STIPULATED ORDER OF DISMISSAL WITH AND WITHOUT PREJUDICE**

    This matter having come before the Court upon stipulation of counsel for the purpose of dismissing without prejudice the Complaint as to Defendant Texas Meat Packers, Inc. and with prejudice as to Defendants Meixelsperger Food Group, Inc. and Gary Meixelsperger for the reason that the parties have negotiated a settlement of the case subject to performance of payment obligations by the Defendant Texas Meat Packers, Inc., and the Court being otherwise fully advised in the premises;

    **IT IS HEREBY ORDERED** that the above-captioned case be, and hereby is, dismissed **WITHOUT PREJUDICE** as to Defendant Texas Meat Packers, Inc. and **WITH PREJUDICE** as to Defendants Meixelsperger Food Group, Inc. and Gary Meixelsperger.


                                    s/Patrick J. Duggan
                                    Patrick J. Duggan
                                    United States District Judge

Dated: April 27, 2010April 27, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 27, 2010April 27, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

The parties, through their respective attorneys, stipulate to the above Order and waive presentment:

| ISHBIA & GAGLEARD, P.C. | STROBL & SHARP, P.C. |
|---|---|
| By: /s/ William C. Roush<br>William C. Roush (P23444)<br>Attorneys for Plaintiff<br>251 Merrill Street, 2nd Floor<br>Birmingham, MI 48009-6121<br>(248) 647-8590<br>wcr@iglawfirm.com | By: /s/ Alan Harnisch with consent<br>Alan C. Harnisch (P14654)<br>Attorneys for Defendant<br>300 East Long Lake Rd., Suite 200<br>Bloomfield Hills, MI 48304-2376<br>(248) 540-2300<br>aharnisch@stroblpc.com |

J:\DOCS\73069\001\PLDG\SB302165.DOC